

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00349-CR

JAMES G. MITCHELL                                                          APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
### TRIAL COURT NO. 1404378D

----------

## MEMORANDUM OPINION[1]

----------

Appellant James G. Mitchell attempts to appeal from his plea-bargained conviction and ten-year sentence for continuous violence against a family member.[2] With the assistance of counsel, appellant entered into a plea bargain and judicially confessed to that offense. The trial court accepted appellant's

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 25.11(a) (West 2011).

guilty plea, convicted him, and sentenced him to the agreed term of ten years. Appellant and his counsel signed a certification stating that appellant had entered into a plea bargain and had "NO right of appeal." Nonetheless, a few days later, appellant filed a pro se notice of appeal.

After we received the notice of appeal, we sent a letter to appellant in which we reminded him of the statement in the certification and informed him that we would dismiss the appeal unless he showed grounds for continuing it. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant responded to our letter, but his response did not show adequate grounds for continuing the appeal. Thus, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 27, 2016

2